AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

THE SCOTTS COMPANY LLC, an Ohio limited liability company,

                    Plaintiff,

                    v.

DYE SEED RANCH, INC., a Washington corporation, et al.,

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-326-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction pursuant to the Order of Dismissal entered on February 16, 2010, Ct. Rec. 56.

| | |
|---|---|
| February 16, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |